# UNITED STATES DISTRICT COURT

for the

District of Columbia

Civil Division

Ronnie C. Hogue
pro se

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Coastal International Security and AKAL Security

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:18-cv-00389 (F Deck)
Assigned To : Jackson, Ketanji Brown
Assign. Date : 2/14/2018
Description: Pro Se Gen. Civil

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronnie C. Hogue |
| Street Address | 6514 Marlboro Pike Unite 471536 |
| City and County | District Heights, Priince County |
| State and Zip Code | Maryland 20753 |
| Telephone Number | 240-432-6517 |
| E-mail Address | ronnieh141@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title ~~*(if known)*. Attach additional~~ pages if needed.

RECEIVED
Mail Room
2017
Angela D. Caesar, Clerk of Court

Defendant No. 1

| | |
|---|---|
| Name | Coastal International Inc. |
| Job or Title *(if known)* | Security |
| Street Address | 6101 Fallard Drive |
| City and County | Upper Marlboro, Prince Georges |
| State and Zip Code | Maryland 20772 |
| Telephone Number | 703-339-0233 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | AKAL Security |
| Job or Title *(if known)* | Security |
| Street Address | 7 Infinity Loop |
| City and County | Espanola |
| State and Zip Code | New Mexico 87532 |
| Telephone Number | 505-692-6600 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act of 1964
National Labor Relations Act - Sections 7,8,and 9
Violations of the US Labor Laws Wage and Salary
Collective Bargaining Agreement
Statement of Work (SOW) violations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* Maryland, ________.
Or is incorporated under the laws of *(foreign nation)* ____________,
and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Starting October 2014 plaintiff was falsely terminated and accused of wrong doing and went to arbitration and was exonerated. Defendant was ordered tp put plantiff back to work, put back on payrolll, given all benefits and made whole again as before he was termintaed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wages lost from Oct 2014 to Oct. 11, 2016, including wages lost dueto false suspensions not proven, lost of holiday pay and vacation, lost of health benefits and continued refusal to give health benefits, hostile treatment and harassment at work-place. Upper management conspiracy to proposition fellow employees to bring false evidence againt plantiff.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/09/2017

Signature of Plaintiff pro-se

Printed Name of Plaintiff Ronnie C. Hogue

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

I Ronnie C. Hogue do swear that I sent a copy by 1 st.class U.S. postage the civil case filing of Hogue vs Coastal International Inc. to Coastal International, 6101 Fallard Drive, Upper Marlboro, Maryland 20772 filed at the Federal District Court of the District of Columbia.

Ronnie C. Hogue

April 9, 2017

I Ronnie C. Hogue do swear that I sent a copy by 1 st.class U.S. postage the civil case filing of Hogue vs AKAL Security to AKAL Security, 7 Infinity Loop, Espanola, New Mexico, 87532 filed at the Federal District Court of the District of Columbia.

Ronnie C. Hogue

April 9, 2017