# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | |
|---|---|
| RONNIE C. HOGUE, )<br>)<br>    Plaintiff *pro se*, )<br>)<br>v.  )<br>)<br>COASTAL INTERNATIONAL SECURITY, )<br>INC. and AKAL SECURITY, INC., )<br>)<br>    Defendants. ) | Civil Action No. 1:18-cv-00389 |

## DEFENDANTS' LOCAL CIVIL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Defendants are privately held entities and 100% of their stock is owned by Khalsa International Industries and Trade, Inc. ("KIIT"), another privately held corporation. No publicly held corporation owns 10% or more of Defendants' stock.

Dated:  May 30, 2018

/s/ Matthew F. Nieman
Matthew F. Nieman, Esq. (DC Bar No. 985382)
Linda Otaigbe (DC Bar No. 988776)
**JACKSON LEWIS P.C.**
10701 Parkridge Boulevard, Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
Niemanm@jacksonlewis.com
Linda.Otaigbe@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| RONNIE C. HOGUE, ) | |
| ) | |
|     Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00389 |
| ) | |
| COASTAL INTERNATIONAL SECURITY, ) | |
| INC. and AKAL SECURITY, INC., ) | |
| ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of May, 2018, I served the foregoing **Defendants Disclosure Statement** on Plaintiff by depositing a copy of the same in the U.S. Mail, postage prepaid, to the following address:

>Ronnie C. Hogue
>6514 Marlboro Pike
>Unite 471536
>District Heights, Maryland  20753

>/s/  Matthew F. Nieman
>Matthew F. Nieman