IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

RONNIE C. HOGUE

   Plaintiff pro-se

                          CIVIL ACTION NO. 1:18-CV-00389

V.                                                    KBJ

COASTAL INTERNATIONAL SECURITY INC.

AND AKAL SECURITY

   DEFENDANTS

RECEIVED
OCT 15 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PLAINTIFF SUPPLEMENT MEMORANDUM

ARGUMENTS TO THE COURT.

(1) MY initial complaint was filed within 90 days of the right to sue letter from EEOC and therefore my case is timely under Title VII of the Civil rights Act of 1964.

(2) My complaint complained about RACE discrimination and retaliation for

opposing race discrimination in the defendant's refusals to reinstate me to my employment as ordered by the arbitrator.

(3.) Therefore my complaint would also be based on U.S.C. section 1981 in addition to Title VII.

(4) Section 1981 has a statute of limitations of four years and my complaint is definitely timely under that statute.

Very truly yours,

*[signature]*   10/13/2018

Ronnie C. Hogue   240-432-6517
PRO-SE
6514 Marlboro Pike Unit 471536
District Heights, M.D. 20753
ronniehi41@gmail.com

(2)

Plaintiff's supplement memorandum Arguments to the Court.

I, Ronnie C. Hogue, pro-se, mailed First Class Mail/USPO, on 10/15/2018

To the following.

Mathew F. Nieman, Esq.

Linda OTaighe, Esq

Jackson Lewis P.C.

10701 Parkridge Boulevard suite 300

Reston, VA. 20191

*[signature]* 10/13/2018

Ronnie C. Hogue