UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RONNIE C. HOGUE

    Plaintiff,

118cv-00389 KBJ

v.

17-7094

1:17-MC-01077-UNA

T.C.

COASTAL INTERNATIONAL INC./AKAL

## MOTION FOR COURT APPOINTED COUNSEL

I, Ronnie Hogue am out of work and cannot afford counsel (see attached ORDER in forma pauperis).

_____ 08/17/2017

Ronnie C. Hogue

6514 Marlboro Pike Unit 471536

District Heights, MD 20753

240-432-6517

RECEIVED
AUG 17 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
NOV 13 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia