UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONNIE C. HOGUE, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18-cv-0389 (KBJ) |
| COASTAL INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Court Appointed Counsel. (*See* ECF No. 19.) "No civil litigant is 'guaranteed counsel.'" *Gaviria v. Reynolds*, 476 F.2d 940, 943 (D.C. Cir. 2007) (quoting *Willis v. FBI*, 274 F.3d 531, 532 (D.C. Cir. 2001)). However, this Court is "authorized by statute to request an attorney to represent any person unable to afford counsel." *Id*. (quoting 28 U.S.C. § 1915(e)(1)). An appointment is made taking into account the nature and complexity of the action, the potential merit of the pro se party's claims, the demonstrated inability of the pro se party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. LCvR 83.11(b)(3). After carefully reviewing Plaintiff's motion and weighing the factors set forth in the local civil rule, the Court determines that appointment of counsel is not warranted at this time.

Accordingly, it is hereby

**ORDERED** that Plaintiff's [19] Motion for Court Appointed Counsel is **DENIED WITHOUT PREJUDICE**.

DATE:  April 1, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge