In The United States District Court for the District of Columbia

Civil Division

Ronnie C. Hogue

    Plaintiff pro-se                 **Civil Action**

v.                                    **No 1:18-CV00389 (KBJ)**

Coastal International Security Inc.

and AKAL Security Inc.

    Defendants





## PLAINTIFF MOTION TO DELAY COURT ACTIONS, ORDERS AND MOTION ON CIVIL ACTION

### NO 1:18-CV00389(KBJ)

To the Court and Defendants, Plaintiff is asking the Court to stop/delay all orders, motion and replies due to the Coronavirus outbreak until May 8, 2020.

I Reason:

A.  The Coronavirus outbreak has caused federal and city governments to close libraries, private agencies and shutdown of the city (quarantine). Governments are cutting access to public transportation to lessen the spread of the virus. By closing these needed resources and cutting the bus schedules and trains this has caused a deep hardship on the plaintiff pro-se to communicate to the court and defendants counsels. The plaintiff pro-se depends on 90% of his ability to communicate and function by using the libraries for email, faxing, copying and their computers for reference and information. The plaintiff does not own a laptop or personal computer. The Pro-se cannot go to agencies for court matters, such as legal law references. Most of these agencies do not give free services, especially the library free computer access, email, copying, faxing and legal reference look-up information. By cutting and stopping access and by closing these services for 2 weeks, possibly months, give the Defendants counselors unfair advantages.

B.  Another reason for stopping/delaying actions of the court case, is that the plaintiff pro-se is putting himself in harms way. The Pro-se is Black, age 69 and have to go into crowds that have the affected virus. Health experts say that the most vulnerable group of people are those age 60 years and older. The Pro-se is 69 years old. Most Black/African Americans due to ailments of high blood pressure, border line diabetic, low immune systems, anxiety, insomnia, and depression are people with no or little health coverage. Before I was wrongfully terminated I had full health care coverage, double dental insurance, grossed over $80,000 annually and had none of these ailments.

Therefore, the Plaintiff ask the court to take in consideration the advantages the Defendants counsel have over the Plaintiff. To the Plaintiff this could be a life or death situation. The Plaintiff ask the court to take in these considerations. The court give a recess or delay in court procedures, motions and replies until May 8, 2020 or when the government health experts say it is safe to move freely or circulate in the public forum. Thank you.

Sincerely yours

Ronnie C. Hogue

240-432-6517

March 19, 2020

## Certificate of Service

I hereby certify on the 19th day of March 2020, I sent Defendant Counsels a copy of Plaintiff Motion to Delay Court Actions, Orders and Motions on Civil Actions No 1:18-cv00389(KBJ), by U.S. Mail to the following address:

Linda U. Okoukoni, Esq.

and

Matthew Lewis, Esq.

10701 Parkridge Blvd.  Suite 300

Reston, VA. 20191

March 19,2020